UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON DIGITAL SERVICES, LLC, PRIME NOW, LLC, and WHOLE FOODS MARKET SERVICES, INC., <br><br> Defendants. | Case No. 1:19-cv-00885-ADA |

## ORDER

The Court, having considered the Unopposed Motion of Defendant Amazon Digital Services, LLC to Substitute Party, hereby ORDERS that the motion is GRANTED.

Amazon.com Services LLC shall be substituted for Defendant Amazon Digital Services, LLC. The Clerk of Court is directed to modify the case caption accordingly.

SIGNED this 23rd day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE