# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FRESHUB, INC., a Delaware Corporation, and FRESHUB, LTD., an Israeli Limited Liability Company,<br><br>    Plaintiffs,<br><br> vs.<br><br>AMAZON.COM INC., a Delaware Corporation, AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation,<br><br>    Defendants. | Case No.: 1:19-cv-00885-ADA |

## DEFENDANTS' NONINFRINGEMENT AND INVALIDITY DISCLOSURES PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendants Amazon.com Inc., Amazon.com Services, LLC, Prime Now LLC, and Whole Foods Market Services, Inc. ("Defendants") hereby incorporate by reference their prior written notice of patents and publications "to be relied upon as anticipation of the patent[s] in suit or . . . as showing the state of the art" pursuant to the Federal Rules of Civil Procedure and orders of this Court, including without limitation through discovery responses, initial disclosures, invalidity contentions, briefing, exhibit lists, and expert reports.  Defendants reserve the right to rely upon all pages of the patents and publications identified in any such disclosures identified herein.  Defendants also reserve the right to rely on any description of the prior art within the specification of the asserted patents or items of prior art cited on their face, on prior art material cited either by Plaintiffs, their predecessors-in-interest in the asserted patents, or

by the Patent Office during prosecution of the asserted patents, Defendants' own selected prior art in the disclosures above, as well as prior art that is incorporated by reference into any of that cited material.

Defendants further incorporate by reference their prior written notice of the "the name and address of any person who may be relied upon as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the invention of the patent[s] in suit," as listed in the above disclosures.   35 U.S.C. § 282.   Defendants reserve the right to amend and/or supplement this notice to add items that were inadvertently omitted.

## I.   PATENTS AND PUBLICATIONS ON WHICH DEFENDANTS MAY RELY AS ANTICIPATION OF THE PATENTS-IN-SUIT OR AS SHOWING THE STATE OF THE ART

In addition to the prior written notice already provided, Defendants identify the patents and other publications on which it may rely to show anticipation of the patents-in-suit or as showing the state of the art:

| Description | Tr. Ex. | Pages |
|---|---|---|
| HeyAnita Technology Services Presentation (May 2001) | D0085 | All |
| HeyAnita Voice Portal Technologies Presentation, VoiceXML Forum (2001) | D0086 | All |
| HeyAnita demonstration video (2000) | D0087 | All |
| HeyAnita.com Presentation (1999) | D0088 | All |
| HeyAnita, Engaging Your World Through Voice, TV Schedule and Order Food Demo (2000) | D0089 | All |
| Microsoft, HeyAnita, Interactive voice protal porvides access to Internet information from any telephone (2000) | D0090 | All |
| HeyAnita.com Presentation | D0091 | All |
| SpeechWorks Vodafone Speech Services Presentation | D0092 | All |
| Philips Speech Processing: Speech and the Internet Presentation | D0093 | All |
| HeyAnita Launches FreeSpeech Platform Products: VoiceXML Browser and Developer Web Site | D0094 | All |
| HeyAnita Voice Automation in the Call Center (2002) | D0095 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Hey Anita Voice… The Closets Thing to Human Touch (2001) | D0096 | All |
| Hey Anita Case Study: Tier 1 U.S. Wireless Carrier Delivers Voice-Enhanced Services Utilizing HeyAnita's Flexible Technology | D0097 | All |
| Hey Anita Case Study: Largest U.S. VoIP Provider and HeyAnita Launch Voice Dialing Service for Global ISP | D0098 | All |
| Hey Anita White Paper on HeyAnita's Vision and Strategy | D0099 | All |
| Kelsey Group: Voice & Wireless Commerce Advisory, "ShopTAlk and Tellme: V-Commerce ASP Deal" (Feb. 20, 2000) | D0100 | All |
| The New York Times, Web Surfing, at the Sound of Your Own Voice (Aug. 3, 2000) | D0101 | All |
| URL: https://timesmachine.nytimes.com/timesmachine/2000/08/03/495689.html?pageNumber=105 | D0102 | All |
| FreeSpeech Platform, A Foundation for Voice-Powered Communication (2002) | D0103 | All |
| FreeSpeech Voice Browser, The Most Efficent and Robust Voice Browser in the Market Today (2002) | D0104 | All |
| FreeSpeech Gateway Server, Flexible Solutions for Voice-Powered Communication (2002) | D0105 | All |
| HeyAnita STP, Secure Access to Corporate Data (2002) | D0106 | All |
| HeyAnita.com Usage Scenarios | D0107 | All |
| Voice Manager, Voice-Enabled Technology for Business Users (2002) | D0108 | All |
| Pseudocode | D0109 | All |
| SpeechWorks MINT Final Requirements Specifications (June 17, 1999) | D0220 | All |
| Draft SpeechWorks MINT Final Requirements Specifications (Aug. 3, 1999) | D0221 | All |
| Draft SpeechWorks MINT Baseline Integration Specification (Dec. 21, 1999) | D0222 | All |
| National Financial MINT Call Flow Documentation (July 22, 1999) | D0223 | All |
| United Air Lines Reservations Automation CTI Phase 1 Detail Design Specification for VWAP CTI (July 15, 2004) | D0224 | All |
| United Air Lines Reservations Call Center Automation Detail Design Specification for VWAP CTI | D0225 | All |
| UAL CB&T Call Flow Key (Dec. 19, 2003) | D0226 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| UAL CB&T Call Flow Key (Jan. 21, 2004) | D0227 | All |
| Receipt UAL CBT Receipt Notify Call Flow (Feb. 23, 2004) | D0228 | All |
| www.studio.tellme.com webpage entitled "Not-So-Organic Grocery Store" from web.archive.org (Oct. 10, 2004) | D0274 | All |
| Eisenmann, Harvard Business School Case Study, Tellme Networks, Inc., No. 9-801-319 (Nov. 15, 2005) | D0275 | All |
| US 7,720,723 Dicker (May 18, 2010) | D0280 | All |
| US 7,574,382 Hubert (Aug. 11, 2009) | D0281 | All |
| Nuance press release, Nuance Launches Voice Over Internet Protocol (VOIP) Initiative, as archived by the Internet Archive on Aug. 20, 2001 (July 14, 1999) | D0464 | All |
| Nuance webpage, V-Commerce™:  Voice-driven e-commerce, as archived by the Internet Archive (Apr. 9, 2001) | D0465 | All |
| Nuance Order Management Suite Brochure | D0466 | All |
| Nuance Order Management Suite Functional Overview | D0467 | All |
| Nuance webpage, Nuance SpeechObjects™, as archived by the Internet Archive (Apr. 17, 2001) | D0468 | All |
| US app. 10/1188,585, published as US 2003/0078779 (Apr. 24, 2003) | D0472 | All |
| Case Study:  Net2Phone and HeyAnita Launch Voice Dialing Service for Global ISP | D0473 | All |
| U.S. Patent No. 7,376,586 - Partovi et al. (May 20, 2008) | D0474 | All |
| Audio demonstration of Fandango service available at the "Listen" link on the TellMe Fandango page, https://web.archive.org/web/20060504190118oe_/http://tellme.com/client-listen-mp3/fandango.mp3 ("Fandango Audio Demonstration") | D0524 | All |
| Doubling Ticket Sales Over the Phone, available at https://web.archive.org/web/20040212125538/http://www.tellme.com/client-fandango.html   ("TellMe Fandango") (Feb. 12, 2004) | D0525 | All |
| Just call 1-800-FANDANGO and we'll save you a seat!, available at https://web.archive.org/web/20040223041530/http://www.fandango.com/phone_info.asp  ("TellMe Phone Info") (Feb. 23, 2004) | D0526 | All |
| TellMe Delivers Spanish Speech Solution for Dominos,  ("TellMe Dominos") (Sept. 15, 2008) | D0527 | All |
| Doubling Ticket Sales Over the Phone, available at https://web.archive.org/web/20040212125538/http://www.tellme.com/client-fandango.html  ("TellMe Fandango") (Feb. 12, 2004) | D0528 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Branding the Airline Experience, available at https://web.archive.org/web/20040212130019/http://www.tellme.com/client-song.html ("TellMe Song") (Feb. 12, 2004) | D0529 | All |
| Not-So-Organic Grocery Store (source code), TellMe Studio, available at http://www.studio.tellme.com/library2/code/ex-114/index.vxml ("TellMe Source Code") (Oct. 10, 2004) | D0530 | All |
| Domino's Presentation (TellMe) (Apr. 27, 2004) | D0531 | All |
| Managing Applications On-The-Fly, available at https://web.archive.org/web/20040212032721/http://www.tellme.com/client-orbitz.html ("TellMe Orbitz") (Feb. 12, 2004) | D0533 | All |
| U.S. Pat. No. 8,214,214 B2 to Bennett  (July 3, 2012) | D0535 | All |
| U.S. Patent No. 6,553,345 B1 to Kuhn et al. (Apr. 22, 2003) | D0536 | All |
| International Application PCT/US01/00376, WO 01/50453, filed Jan 4, 2001 | D0537 | All |
| US Provisional Application No. 60/174,371 filed Jan 4, 2000 | D0538 | All |
| US patent application 10/365,704, published as U.S. Pat. Pub. US 2003/0235282 A1 - Sichelman (Dec. 25, 2003) | D0539 | All |
| U.S. Patent No. 7,630,900 (Dec. 8, 2009) | D0540 | All |
| W3C web page (W3C Speech Interface Implementations) (2009) | D0541 | All |
| System and method for voice access to Internet-based information, Japan JP2003533909A (Nov. 11, 2003) | D0542 | All |
| System and method for voice access to Internet-based information, Japan JP2003533909A - Machine Translation (Nov. 11, 2003) | D0543 | All |
| US patent application 10/268,048, published as U.S. Patent Application Publication 2003/0105682 A1  (June 5, 2003) | D0544 | All |
| U.S. Patent No. 7,103,563 B1 (Sept. 5, 2006) | D0545 | All |
| Alfred V. Aho & Jeffrey D. Ullman, The Theory of Parsing, Translation, and Compiling, (George Forsythe, ed., 1972) | D0548 | All |
| America Online to Acquire MovieFone, Inc., Nation's No. 1 Movie Listing and Ticketing Company, Business Wire (Feb. 1, 1999) | D0549 | All |
| IBM, Honda Develop Voice Activated Navigation System, Cars Magazine (Sept 1, 2002) | D0550 | All |
| John Lafferty et al., Conditional Random Fields: Probabilistic Models for Segmenting and Labeling Sequence Data, U. PA. SCHOLARLY COMMONS (2001) | D0551 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Daniel M. Bikel et al., Nymble: A High-Performance Learning Name-finder, ANLP 194 (1997) | D0552 | All |
| David Goddeau et al., Galaxy: A Human-Language Interface to On-Line Travel Information, 3rd Int'l Conf. on Spoken Lang. Proc., available at https://www.isca-speech.org/archive/archive_papers/icslp_1994/i94_0707.pdf (Sept. 18, 1994) | D0553 | All |
| David Stallard, Talk'n'travel: a conversational system for air travel planning, Proceedings of the sixth conference on Applied natural language processing (May 2002) | D0554 | All |
| George A. Miller et al., Introduction to WorldNet: An On-line Lexical Database (Aug. 1993) | D0555 | All |
| Gerald DeJong, Prediction and Substantiation: A New Approach to Natural Language Processing, 3 COGNITIVE SCI. 251 (1979) | D0556 | All |
| William Hirst & Joyce Weil, Acquisition of Epistemic and Deontic Meaning of Modals, 9 J. CHILD LANG. 659 (May 22, 1981) | D0557 | All |
| SCISOR, Paul S. Jacobs & Lisa F. Rau, SCISOR: Extracting Information from On-Line News, 33 COMMC'NS OF THE ACM 88 (Nov. 1990) | D0558 | All |
| FASTUS, Jerry R. Hobbs et al., FASTUS: A Cascaded Finite-State Transducer for Extracting Information from Natural-Language Text, FINITE-STATE LANGUAGE PROCESSING 383 (June 1997) | D0559 | All |
| Joakim Nivre, An Efficient Algorithm for Projective Dependency Parsing, PROC. EIGHTH INT'L CONF. ON PARSING TECHS. 149 (2003) | D0560 | All |
| Joseph Weizenbaum, ELIZA—A Computer Program for the Study of Natural Language Communication Between Man and Machine, 9 COMMC'N OF THE ACM 36 (Jan. 1996) | D0561 | All |
| Karin Kipper et al., Class-Based Construction of a Verb Lexicon, AAAI 691 (2000) ("Kipper") | D0562 | All |
| Kenneth Ward Church, A Stochastic Parts Program and Noun Phrase Parser for Unrestricted Text, IEEE INT'L CONF. ACOUSTICS, SPEECH & SIGNAL PROCESSING 136 (1998) | D0563 | All |
| Lynette Hirschman et al., Deep Read: A Reading Comprehension System, IN PROCEEDINGS OF THE 37TH ANN. MEETING OF THE ASSOC. FOR COMPUTATIONAL LINGUISTICS 325 (1999) | D0564 | All |
| Lynette Hirschman et al., Rutabaga by Any Other Name: Extracting Biological Names, 35 J. BIOMED. INFORMATICS 247 (2002) | D0565 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Michael Krauthammer et al., Using BLAST for Identifying Gene and Protein Names in Journal Articles, 259 GENE 245 (2000) ("Krauthammer") (Jan. 2001) | D0567 | All |
| Mitchell P. Marcus et al., Building a Large Annotated Corpus of English: The Penn Treebank, 19 COMPUTATIONAL LINGUISTICS 313 (1993) | D0568 | All |
| Noam Chomsky, Syntactic Structures, 2nd ed. 1957 | D0569 | All |
| BeVocal deploys Natural MicroSystems Hearsay for voice portal service, ResponseSource (July 12, 2000) | D0570 | All |
| Interface; A Phone That Plays Secretary for Travelers, New York Times (Oct. 9, 1994) | D0571 | All |
| Scott Deerwester et al., Indexing by Latent Semantic Analysis, 41 J. AM. SOC'Y INFO. SCI. 391 (1990) | D0572 | All |
| Scott Miller et al., Hidden Understanding Models of Natural Language, IN 32ND ANN. MEETING OF THE ASSOC. FOR COMPUTATIONAL LINGUISTICS 25 (Jan. 1994) | D0573 | All |
| Sepp Hochreiter & Jürgen Schmidhuber, Long Short-Term Memory, Neural Computation (1997) | D0574 | All |
| Robert F. Simmons et al., Indexing and Dependency Logic for Answering English Questions, 15 AM. DOCUMENTATION 196 (July 1964) | D0575 | All |
| CIRCUS, Wendy Lehnert et al., University of Massachusetts: Description of the CIRCUS System as Used for MUC-3, U. MASS. AMHERST DEPT. OF COMP. AND INFO. SCI., 223 (Jan. 1991) | D0577 | All |
| W. A. Woods et al., The Lunar Sciences Natural Language Information System: Final Report, TECH. REP. 2378 (June 15, 1972) | D0578 | All |
| Yoshua Bengio et al., A Neural Probabilistic Language Model, J. of Machine Learning Research (June 15, 2003) | D0579 | All |
| ETSI 201 108 V1.1.3 (2003-09) | D0580 | All |
| Lawrence R. Rabiner, A Tutorial on Hidden Markov Models and Selected Applications in Speech Recognition, 77 PROC. OF THE IEEE 257 (Feb. 1989) | D0581 | All |
| Fundamentals of Speech Recognition, Lawrence Rabiner and Biing-Hwang Juang (1993) | D0582 | All |
| Huang, Xuedong et al., Spoken Language Processing  - A Guide to Theory, Algorithm, and System Development (2001) | D0583 | All |
| EP 1 176 377 A1 to Bellinetto et al. (Jan. 30, 2002) | D0584 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| U.S. Patent Application Publication No. 2001/0056350 to Calderone et al. (Dec. 27, 2001) | D0586 | All |
| U.S. Patent No. 6,543,052 to Ogasawara (Apr. 1, 2003) | D0589 | All |
| Adam Guy, HeyAnita's Text Messaging with Voice Service is Useable, Elegant and Addictive, Yankee Group (Apr. 16, 2004) | D0593 | All |
| U.S. Patent No. 6,807,574 to Partovi et al. (Oct. 19, 2004) | D0595 | All |
| Joseph Polifroni & Stephanie Seneff, Galaxy-II as an Architecture for Spoken Dialogue Evaluation, available at https://pdfs.semanticscholar.org/5a73/76a0691affd31246cb4b28e271b5527a90fc.pdf?_ga=2.126386445.1429023727.1598465221-157992951.1598465221 (2000) | D0596 | All |
| Victor Zue et al., PEGASUS: A Spoken Language Interface for On-Line Air Travel Planning, available at https://www.researchgate.net/publication/220816920_Pegasus_A_Spoken_Language_Interface_for_On-Line_Air_Travel_Planning (1994) | D0597 | All |
| Charles T. Hemphill et al., The ATIS Spoken Language System Pilot Corpus, Speech and Natural Language: Proceedings of a Workshop Held at Hidden Valley, Pennsylvania, available at https://www.aclweb.org/anthology/H90-1021.pdf (June 1990) | D0598 | All |
| Nuance Order Management Suite Web Page, captured August 5, 2001 at https://web.archive.org/web/20010805160205/http:/nuance.com/products/ordermgmtsuite.html (Aug. 5, 2001) | D0599 | All |
| Nuance Vocalizer Web Page, captured April 9, 2001 at https://web.archive.org/web/20010409211251/http://www.nuance.com/products/vocalizer.html) (Apr. 9, 2001) | D0600 | All |
| Nuance Customer Support Suite Functional Overview, captured June 13, 2001 at https://web.archive.org/web/20010613041345/http://www.nuance.com/pdf/custsuppsuitewp.pdf (June 13, 2001) | D0601 | All |
| Voice Web Portal Program, captured November 24, 2001 at https://web.archive.org/web/20011124190625/http://www.nuance.com/pdf/voicewebportal_ds.pdf (Nov. 24, 2001) | D0602 | All |
| Nuance 7.0 Technical Data Sheet, captured October 6, 2000 at https://web.archive.org/web/20001006013213/http://www.nuance.com/pdf/nuance7techds.pdf (Oct. 6, 2000) | D0603 | All |
| Nuance 7.0 Product Overview (© 2000) (captured October 5, 2000 at https://web.archive.org/web/20001005224750/http://www.nuance.com/pdf/nuance7ds.pdf) ("Nuance 7.0 Product Overview") (Oct. 5, 2000) | D0604 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| They Dynamic Routing Vision: Getting from Here to There | D0618 | All |
| U.S. Patent No. 6,094,635 - Scholz et al. (July 25, 2000) | D0698 | All |
| U.S. Patent No. 6,937,986 B2 - Denenberg et al. (Aug. 30, 2005) | D0699 | All |
| U.S. Patent No. 6,996,531 B2 - Korall et al. (Feb. 7, 2006) | D0700 | All |
| U.S. Patent No. 8,285,537 B2 - Tanner et al. (Oct. 9, 2012) | D0701 | All |
| Alan M. Turing, (1950) Computing Machinery and Intelligence. Mind 49, 433–60 (Dkt. No. 43-9) | D1023 | All |
| US 5,774,859 - Houser, et al. (June 30, 1998) | D1132 | All |
| Veith, *Talk-Back TV: Two-Way Cable Television,* 773 Tab Books (Oct. 1976) | D1133 | All |
| Kawahata, *The Hi-OVIS Optical Communication System,* 9th Eurpoean Microwave Conference, 83-98 (1979) | D1134 | All |
| Reddy, *Speech Recognition by Machine,* 64/4 Proceedings of the IEEE, 501-531 (April 1976) | D1135 | All |
| Baker, *The Dragon System - An Overview,* ASSP-23/1 IEEE Transactions on Acoustics, Speech, and Signal Processing, 24-29 (Feb. 1975) | D1136 | All |
| Rabiner, *A Tutorial on Hidden Markov Models and Selected Applications in Speech Recognition, 77/2* Proceedings of the IEEE, 257-286 (Feb. 1989) | D1137 | All |
| Rabiner, et al., *Fundamentals of Speech Recognition,* PTR Prentic-Hall, Inc. (1993) | D1138 | All |
| Quain, *Listen for Windows Lets Your PC Understand What You Say*, 12/11 PC Magazine, p. 49 (Jun. 15, 1993) | D1139 | All |
| Henriques, *Technology: Market Place; Dragon Systems, a Former Little Guy, Gets Ready for Market*, New York Times (Mar. 1, 1999) | D1140 | All |
| Scannell, *IBM dictation software package gives computers a voice,* InfoWorld, 36 (Jun. 16, 1997) | D1141 | All |
| News & Analysis, *Nuance 7.0,* EE Times (Aug. 5, 2000) available at https://www.eetimes.com/nuance-7-0/?print=yes# (Aug. 5, 2000) | D1142 | All |
| Antonoff, *Stay Tuned for smart TV,* Popular Science (Nov. 1, 1990) | D1143 | All |
| Post-Tribune (IN), *Smart VCR Control Takes Cues from You* (Oct. 22, 1992) | D1144 | All |
| Lefkowitz, *Voice-Recognition Home TV Coming This Year,* Computer Shopper (Feb. 1, 1995) | D1145 | All |
| Dawson, *Look Ma, No Hands*, Multichannel News (May 22, 1995) | D1146 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| 30/8 IBM Tech. Disclosure Bulletin, *Speech Recognition Methods for Controlling Cable Television* (Aug. 1995) | D1147 | All |
| US 6,345,389 B1 (Dureau) (Feb. 5, 2002) | D1148 | All |
| Los Angeles Extended Area Telephone Directory, June 1939 Issue (1939) | D1149 | All |
| Excerpt from San Francisco Exposition and Bay Counties Telephone Directory, Pacific Telephone and Telegraph Company (1938) | D1150 | All |
| Excerpt from Manhattan Telephone Directory, New York Telephone Company (1940) | D1151 | All |
| US 5,477,262 (Banker, et al.) (Dec. 19, 1995) | D1152 | All |
| US 5,500,691 (Martin, et al.) (Mar. 19, 1996) | D1153 | All |
| US 5,663,756 (Blahut, et al.) (Sept. 2, 1997) | D1154 | All |
| US 6,314,573 B1 (Gordon, et al.) (Nov. 6, 2001) | D1155 | All |
| US 6,513,063 (Julia, et al.) (Jan. 28, 2003) | D1156 | All |
| US 7,013,283 B1 (Murdock, et al.) (Mar. 14, 2006) | D1157 | All |
| US 7,047,196 (Calderone, et al.) (May 16, 2006) | D1158 | All |
| Srinivasamurthy, *Efficient Scalable Encoding for Distributed Speech Recognition*, Research Paper (Jan. 30, 2003) | D1159 | All |
| Filisko, et al., *A Context Resolution Server for the Galaxy Conversational System,* EuroSpeech, 197–290 (2003) | D1160 | All |
| Katsurada, et al., *A Modality-Independent MMI System Architecture,* 7th Int'l Conference on Spoken Language Processing (Sept. 2002) | D1161 | All |
| Martínez, et al., *An Agent-Based Design of a NL-Interaction for Intelligent Assistance in an E-Commerce Scenario,* IEEE (2001) | D1162 | All |
| Asthana, et al., *An Indoor Wireless System for Personalized Shopping Assistance*, IEEE (1995) | D1163 | All |
| Rabiner, *Applications of Speech recognition in the Area of Telecommunications* (1997) | D1164 | All |
| Juang, et al., *Automatic Speech Recognition - A Brief History of the Technology Development* (Oct. 2004) | D1165 | All |
| Lee, *Automatic Speech Recognition: The Development of the SPHINX System,* Springer Science+Business Media, LLC (1989) | D1166 | All |
| Issar, et al., *CMU's Robust Spoken Language Understanding System,* Eurospeech 93 (Sept. 1993) | D1167 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Farringdon, et al., *Co-Modal Browser – An Interface for Wearable Computers,* Proceeding ISWC '99 Proceedings of the 3rd IEEE Int'l Symposium on Wearable Computers, 45  (Oct. 18-19, 1999) | D1168 | All |
| Fan, et al., *Constructing Personalized Catalogs for Speech-enabled Applications,* ISSNIP 2004, 417-422 (Dec. 14-17, 2004) | D1169 | All |
| Brugnara, et al., *Dynamic Language Models for Interactive Speech Applications,* 5th European Conference on Speech Commc'n and Tech. (Sept. 1997) | D1170 | All |
| Pearce, *Enabling New Speech Driven Services for Mobile Devices: An overview of the ETSI standards activities for Distributed Speech Recognition Front-ends,* AVIOS 2000: The Speech Applications Conference (May 22-24, 2000) | D1172 | All |
| *Speech Processing, Transmission and Quality Aspects (STQ); Distributed speech recognition; Front-end feature extraction algorithm; Compression algorgithms,* ETSI ES 201 108 V1.1.3 (2003-09) | D1173 | All |
| Kuniavsky, *Evolution of the Fridge Computer,* Orange Cone, Mike Kuniavsky's publick notebook (Jan. 2008), available at http://www.orangecone.com/archives/2008/01/the_fridge_comp.html (Jan. 7, 2008) | D1174 | All |
| Di Stefano, et al., *Extending Applications using Reflective Assistant Agents,* Proceedings 26th Annual Int'l Computer Software & Applications Conference (COMPSAC '02) (2002) | D1175 | All |
| Grygo, *Giving voice to far-flung transactions*, 10/24 Network World Canada (Dec. 15, 2000) | D1176 | All |
| Cook, *A complete history of internet-connected fridges,* Business Insider, available at https://www.businessinsider.com/the-complete-history-of-internet-fridges-and-connected-refrigerators-2016-1 (Jan. 5, 2016) | D1177 | All |
| Holada, *Internet Speech Recognition Server,* 1/3 Systemics, Cybernetics and Informatics, 74-77 (2003) | D1178 | All |
| Aron, *Hyperspeech: Navigating in Speech-Only Hypermedia*, Hypertext '91 Proceedings, pp. 133-146 (Dec. 1991) | D1179 | All |
| Grygo, *Giving voice to far-flung transactions,* InfoWorld (Nov. 20, 2000) | D1180 | All |
| Schwartz, *Speech technology aids in customer service dialogue,* InfoWorld (Sept. 6, 1999) | D1181 | All |
| Ibrahim, et al., *Multimodal Dialogue Systems for Interactive TV Applications,* Proceedings, 4th IEEE Int'l Conference on Multimodal Interfaces (20002) | D1182 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| *New Aurora Activity for Standardization of a Front-End Extension for Tonal Language Recognition and Speech Reconstruction,* ETSI DSR Applications and Protocols Working Grp. AU/335/01 (June 2001) | D1183 | All |
| Lee, et al., *On Adaptive Decision Rules and Decision Parameter Adaptation for Automatic Speech Recognition, 88/8* Proceedings of the IEEE, 1241-1269 (Aug. 2000) | D1184 | All |
| Bernsen, *On-line user modelling in a mobile spoken dialogue system,* EuroSpeech (2003) | D1185 | All |
| Olsen, et al., *Query-by-critique: Spoken Language Access to Large Lists*, 4/2 UIST '02, pp. 131-140 (Oct. 27-30, 2002) | D1186 | All |
| Stahl, et al., *REAL: Situated Dialogues in Instrumented Environments,* ITI Workshop, AVI 2004 (2004) | D1187 | All |
| *Real World Speech Processing,* Vol. 36, Nos. 2/3, J. of VLSI Signal Processing Sys. for Signal, Image, and Video Tech., Wang, et al., Eds., Kluwer Academic Pubs. (Feb./Mar. 2004) | D1188 | All |
| Junqua, *Robust Speech Recognition in Embedded Systems and PC Applications,* Kluwer Academic Publishers (2000) | D1189 | All |
| Larson, *Speech-enabled Appliances*, (Nov./Dec. 2000) available at http://www.larson-tech.com/Writings/SpeechAppliances.htm | D1190 | All |
| Rudniky, *SPEECHWEAR: A mobile speech system,* Proceedings ICSLP 96, 4th Int'l Conference on Spoken Lanugage Processing, 538 (1996) | D1191 | All |
| Muraskin, *The Portal Pushers: Speech Vendors Poised to Grow the Voice Web,* EDN Network (Dec. 5, 2000) | D1192 | All |
| Fügen, et al., *Tight Coupling of Speech Recognition and Dialog Management - Dialog-Context Dependent Grammar Weighting for Speech Recognition,* 8th Int'l Conference on Spoken Language Processing (Oct. 2004) | D1193 | All |
| Arons, *Tools for Building Asynchronous Servers to Support Speech and Audio Applications*, UIST '92, pp. 71-78 (Nov. 15-18, 1992) | D1194 | All |
| Agostini, et al., *Towards Highly Adaptive Services for Mobile Computing,* Proceedings 4th Annual IEEE Int'l Conference on Pervasive Computing and Commc'ns (2006) | D1195 | All |
| Songini, *Voice-Recognition Technology Comes to CRM,* Computerworld (Oct. 19, 2001) | D1196 | All |
| Burke, *The Wasabi Personal Shopper: A Case-Based Recommender System,* IAAI-99 Proceedings (1992) | D1197 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Cosic, *WishToys: A Web-based Electronic Shopping Assistant Featuring Voice Access,* Technical Report, Dept. of Computer Sci., Concordia University (April 2001) | D1198 | All |
| AU 2001100012 A4 (Keogh) (Aug. 2, 2001) | D1200 | All |
| AU 2001100086 A4 (Gascoigne, et al.) (July 12, 2001) | D1201 | All |
| EP 1 059 599 A2 (Santamäki, et al.) (Dec. 13, 2000) | D1202 | All |
| EP 1 245 023 A0 (Bennet, et al.) (Mar. 2, 2011) | D1203 | All |
| EP 1 249 991 A2 (Hodam, et al.) (Oct. 16, 2002) | D1204 | All |
| EP 1 249 992 B1 (Hodam, et al.) (June 20, 2012) | D1205 | All |
| EP 1 333 650 A2 (Salmenkaita) (Aug. 6, 2003) | D1206 | All |
| EP 2 312 476 A1 (Salmenkaita, et al.) (Apr. 20, 2011) | D1207 | All |
| GB2370401A (Riis, et al.) (Jan. 31, 2001) | D1208 | All |
| JP 2000-293754 A (Tsuchiya) (Apr. 7, 1999) | D1209 | All |
| JP 4570176 B2 (ジャング，リ, et al.) (Apr. 10, 1997) | D1210 | All |
| US Pub. 2001/0049688 (Fratkina, et al.) (Dec. 6, 2001) | D1211 | All |
| US Pub. 2002/0161587 A1 (Pitts, et al.) (Oct. 31, 2002) | D1212 | All |
| US Pub. 2002/0161647 A1 (Gailey, et al.) (Oct. 31, 2002) | D1213 | All |
| US Pub. 2002/0049598 (Negreiro) (Apr. 25, 2002) | D1214 | All |
| US Pub. 2002/0156635 A1 (Nils) (Oct. 24, 2002) | D1215 | All |
| US Pub. 2002/0166127 (Hamano, et al.) (Dec. 15, 1999) | D1216 | All |
| US Pub. 2003/0007893 A1 (Purcell) (Jan. 9, 2003) | D1217 | All |
| US Pub. 2003/0093334 A1 (Barzilay) (May 15, 2003) | D1218 | All |
| US Pub. 2003/0158796 A1 (Balent) (Aug. 21, 2003) | D1219 | All |
| US Pub. 2003/0163321 A1 (Mault) (Aug. 28, 2003) | D1220 | All |
| US Pub. 2003/0163388 A1 (Beane) (Aug. 23, 2003) | D1221 | All |
| US Pub. 2003/0172380 A1 (Kikinis) (Sept. 11, 2003) | D1222 | All |
| US Pub. 2003/0046166 A1 (Liebman) (Mar. 6, 2003) | D1223 | All |
| US Pub. 2003/0050854 A1 (Showghi) (Mar. 13, 2003) | D1224 | All |
| US Pub. 2003/0191649 A1 (Stout, et al.) (Oct. 9, 2003) | D1225 | All |
| US Pub. 2003/0220835 A1 (Barnes) (Nov. 27, 2003) | D1226 | All |
| US Pub. 2003/0225622 A1 (Doan) (Dec. 4, 2003) | D1227 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| US Pub. 2004/0006478 A1 (Alpdemir, et al.) (Jan. 8, 2004) | D1228 | All |
| US Pub. 2004/0030556 (Bennet) (Feb. 12, 2004) | D1229 | All |
| US Pub. 2004/0117274 A1 (Cenedese, et al.) (June 17, 2004) | D1230 | All |
| US Pub. 2004/0128514 A1 (Rhoads) (July 1, 2004) | D1231 | All |
| US Pub. 2004/0148170 A1 (Acero, et al.) (July 29, 2004) | D1232 | All |
| US Pub. 2005/0015301 A1 (Johnson) (Jan. 20, 2005) | D1233 | All |
| US Pub. 2005/0165663 A1 (Razumov) (July 28, 2005) | D1234 | All |
| US Pub. 2006/0008256 A1 (Khedouri, et al.) (Jan. 12, 2006) | D1235 | All |
| US 4,587,670 (Levinson, et al.) (May 6, 1986) | D1236 | All |
| US 4,991,094 (Fagan, et al.) (Feb. 5, 1991) | D1237 | All |
| US 4,991,217 (Garrett, et al.) (Feb. 5, 1991) | D1238 | All |
| US 5,068,789 (van Vliembergen) (Nov. 26, 1991) | D1239 | All |
| US 5,146,405 (Church) (Sept. 8, 1992) | D1240 | All |
| US 5,231,670 (Goldhor, et al.) (July 27, 1993) | D1241 | All |
| US 5,357,596 (Takebayashi, et al.) (Oct. 18, 1994) | D1242 | All |
| US 5,384,892 (Strong) (Jan. 24, 1995) | D1243 | All |
| US 5,696,879 (Cline, et al.) (Dec. 9, 1997) | D1244 | All |
| US 5,752,232 (Basore, et al.) (May 12, 1998) | D1245 | All |
| US 5,758,322 (Rongley) (May 26, 1998) | D1246 | All |
| US 5,774,053 (Porter) (June 30, 1998) | D1247 | All |
| US 5,802,526 (Fawcett, et al.) (Sept. 1, 1998) | D1248 | All |
| US 5,819,220 (Sarukkai, et al.) (Oct. 6, 1998) | D1249 | All |
| US 5,867,817 (Catallo, et al.) (Feb. 2, 1999) | D1250 | All |
| US 5,915,001 (Uppaluru) (June 22, 1999) | D1251 | All |
| US 5,956,683 (Jacobs, et al.) (Sept. 21, 1999) | D1252 | All |
| US 5,960,394 (Gould, et al.) (Sept.28, 1999) | D1253 | All |
| US 5,960,399 (Barclay, et al.) (Sept. 28, 1999) | D1254 | All |
| US 5,991,739 (Cupps, et al.) (Nov. 23, 1999) | D1255 | All |
| US 6,078 887 (Gamm, et al.) (June 20, 2000) | D1256 | All |
| US 6,173,250 B1 (Jong) (Jan. 9, 2001) | D1257 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| US 6,236,974 B1 (Kolawa, et al.) (May 22, 2001) | D1258 | All |
| US 6,295,391 B1 (Rudd, et al.) (Sept. 25, 2001) | D1259 | All |
| US 6,434,530 B1 (Sloane, et al.) (Aug. 13, 2002) | D1260 | All |
| US 6,438,520 B1 (Curt, et al.) (Aug. 20, 2002) | D1261 | All |
| US 6,480,819 B1 (Boman, et al.) (Nov. 12, 2002) | D1262 | All |
| US 6,510,417 (Woods, et al.) (Jan. 21, 2003) | D1263 | All |
| US 6,523,061 B1 (Halverson, et al.) (Feb. 18, 2003) | D1264 | All |
| US 6,529,871 B1 (Kanevsky, et al.) (Mar. 4, 2003) | D1265 | All |
| US 6,549,929 B1 (Sullivan) (Apr. 15, 2003) | D1266 | All |
| US 6,584,180 B2 (Nemoto) (June 24, 2003) | D1267 | All |
| US 6,587,403 B1 (Keller, et al.) (July 1, 2003) | D1268 | All |
| US 6,687,734 (Sellink, et al.) (Feb. 3, 2004) | D1269 | All |
| US 6,757,362 B1 (Cooper, et al.) (June 29, 2004) | D1270 | All |
| US 6,956,833 B1 (Yukie, et al.) (Oct. 18, 2005) | D1271 | All |
| US 6,982,640 B2 (Lindsay, et al.) (Jan. 3, 2006) | D1272 | All |
| US 7,076,431 (Kurganov, et al.) (July 11, 2006) | D1273 | All |
| US 7,082,397 B2 (Cohen, et al.) (July 25, 2006) | D1274 | All |
| US 7,090,141 B2 (Roh, et al.) (Aug. 15, 2006) | D1275 | All |
| US 7,170,993 B2 (Anderson, et al.) (Jan. 30, 2007) | D1276 | All |
| US 7,395,078 B2 (Roth) (July 1, 2008) | D1277 | All |
| US 7,493,259 (Jones, et al.) (Feb. 17, 2009) | D1278 | All |
| US 7,496,510 B2 (Frank, et al.) (Feb. 24, 2009) | D1279 | All |
| US 7,558,744 B2 (Razumov) (July 7, 2009) | D1280 | All |
| US 7,689,415 B1 (Jochumson) (Mar. 30, 2010) | D1281 | All |
| US 7,693,720 B2 (Kennewick, et al.) (Apr. 6, 2010) | D1282 | All |
| US 7,720,682 B2 (Stephanick, et al.) (May 18, 2020) | D1283 | All |
| US 7,797,204 B2 (Balent) (Sept. 14, 2010) | D1284 | All |
| US 7,920,678 B2 (Cooper, et al.) (Apr. 5, 2011) | D1285 | All |
| US 8,335,683 B2 (Acero, et al.) (Dec. 18, 2012) | D1286 | All |
| US 9,786,273 B2 (Longé, et al.) (Oct. 10, 2017) | D1287 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| WO 01/71543 A2 (Carriere, et al.) (Sept. 27, 2001) | D1288 | All |
| WO 01/71609 A2 (Voisin, et al.) (Sept. 27, 2001) | D1289 | All |
| WO 01/35391 A1 (Bennett, et al.) (May 17, 2001) | D1290 | All |
| WO 02/097554 A2 (Suila, et al.) (May 23, 2002) | D1291 | All |
| Cheyer, *Collaborative Home e-Fridge (CHeF)* (2005), available at http://www.adam.cheyer.com/demo-chef.html (2005) | D1292 | All |
| "CHeF" Implementation of SRI's open agent architecture (1999) available at http://www.ai.sri.com/%7Eoaa/chic/projects/docs/CHeF.pdf (1999) | D1293 | All |
| OAA-Based Applications; CHeF: The Collaborative Home e-Fridge (CHeF) (2001) | D1294 | All |
| Kahney, *The Coolest Internet Appliance,* WIRED (Feb. 1999) | D1295 | All |
| IBM United States, *IBM WebSphere Voice Server, At a Glance,* Web Announcmnt, IBM Software Announcmnt 202-224, (Sept. 24, 2002), available at https://www-01.ibm.com/common/ssi/cgi-bin/ssialias?appname=skmwww&htmlfid=897%2FENUS202-224&infotype=AN&subtype=CA&mhsrc=ibmsearch_a&mhq=Softwa re%20Announcmnt%202-224 (Sept. 24, 2002) | D1296 | All |
| IBM United States, *IBM WebSphere Voice Server, At a Glance,* IBM Software Announcement 202-224 (Sept. 24, 2002) | D1297 | All |
| Huang, et al., *MiPad: A Next Generation PDA Prototype,* 3 Proceedings Int'l Conference on Spoken Language Processing, III-33-36 (2000) | D1298 | All |
| MiPad - Microsoft Research, Project Overview, available at https://www.microsoft.com/en-us/research/project/mipad/ (Feb. 19, 2002) | D1299 | All |
| Wang, *Robust Language Understanding in MiPad,* Eurospeech 2001 | D1300 | All |
| Lyman, *AOL Moviefone to Introduce Voice-Recognition Technology,* New York Times (Apr. 25, 2000) | D1301 | All |
| Grimes, *Hello and Welcome to Moviefone.com,* PC Magazine (Nov. 11, 2003) | D1302 | All |
| Collins, *Movifone is adding descriptions of what's playing to its film guide and ticketing service*, New York Times (Aug. 30, 1996) | D1303 | All |
| Newsweek, *Moviefone learns to listen* (May 7, 2000) | D1304 | All |
| Lieberman, *Moviefone, New Rivals Mixing It Up* (Mar. 9, 2000) | D1305 | All |
| Dragan, *Review: Microsoft Speech Server 2004 Standard Edition Review,* PC Magazine (Mar. 31, 2005) | D1306 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Microsoft PR, *Microsoft Speech Server Partners Improving Customer Service Experience with Automated Speech Solutions - Stories* (Jan. 31, 2006) | D1307 | All |
| Microsoft PR, *Voice Technology Goes Mainstream with Release of Microsoft Speech Server 2004 - Stories* (Mar. 24, 2004) | D1308 | All |
| Nuance Press Release, *Nuance Ships Voice-driven CRM and E-commerce Application Enablers* (Feb. 12, 2001), available at https://web.archive.org/web/20010417210659/http://www.nuance.com/press/2001/20010212_nuance_ordermgmt_custsuppsuite.html (Feb. 21, 2001) | D1309 | All |
| Nuance V-Commerce Web Page, available at https://web.archive.org/web/20010409190120/http://www.nuance.com/products/vcommerce.html (2001) | D1310 | All |
| V-Commerce Demo Page, available at https://web.archive.org/web/20010405125348/http://v-commerce.com/demos.html (2001) | D1311 | All |
| Nuance Customer Support Suite Functional Overview, available at https://web.archive.org/web/20010613041345/http:/www.nuance.com/pdf/custsuppsuitewp.pdf (2001) | D1317 | All |
| Nuance Verifier 2.0, available at https://web.archive.org/web/20010409185653/http://www.nuance.com/products/verifier.html (2001) | D1318 | All |
| Nuance Order Management Suite Functional Overview, available at https://web.archive.org/web/20010613034134/http:/www.nuance.com/pdf/ordermgmtfunctionalo.pdf (2001) | D1319 | All |
| Murveit, et al., *SRI DECIPHER* System, Proceeding HLT '89 workshop on Speech and Natural Language, 238-242 (Feb. 1989) | D1320 | All |
| Franco, et al., *DynaSpeak: SRI's Scalable Speech Recognizer for Embedded and Mobile Systems,* Proceedings HLT (2002) | D1321 | All |
| Electrolux, *A refrigerator that "thinks" – intelligent refrigerator will simplify homes*(Mar. 13, 1999) | D1323 | All |
| Uimonen, *Electrolux, Ericsson join to connect homes,* CNN.com (Oct. 11, 1999) available at https://web.archive.org/web/20030212194805/https://www.cnn.com/TECH/computing/9910/11/joinhomes.idg/index.html (Oct. 11, 1999) | D1324 | All |
| LG GRD-267DTU Digial Multimedia Side-by-Side Fridge Freezer with LCD Display, https://web.archive.org/web/20031209153235/http:/www.lginternetfamily.co.uk/fridge.asp (2003) | D1325 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Telecompaper.com, *V-Sync Launches Internet Fridge* (Oct. 7, 1998) | D1326 | All |
| Aldrich, *Online Shopping in the 1980s,* 33/4 Annals of the History of Computing, 57-61 (Oct.-Dec. 2011) | D1327 | All |
| EP 0 767 594 A2 (Silventoinen, et al.) (Apr. 9, 1997) | D1328 | All |
| EP 0 974 798 A2 (Wiest, et al.) (Feb. 26, 2000) | D1329 | All |
| US Pub. 2003/0050961 A1 (Rodriguez, et al.) (Mar. 13, 2003) | D1330 | All |
| US Pub. 2003/0133592 A1 (Rhoads) (July 17, 2003) | D1331 | All |
| US 4,847,885 (Vittorelli) (July 11, 1989) | D1332 | All |
| US 4,891,756 (Williams) (Jan. 11, 1989) | D1333 | All |
| US 4,994,908 (Kuban, et al.) (Feb. 19, 1991) | D1334 | All |
| US 5,054,071 (Bacon) (Oct. 1, 1991) | D1335 | All |
| US 5,165,095 (Borcherding) (Nov. 17, 1992) | D1336 | All |
| US 5,168,353 (Walker, et al.) (Dec. 1, 1992) | D1337 | All |
| US 5,239,540 (Rovira, et al.) (Aug. 24, 1993) | D1338 | All |
| US 5,483,608 (Yokomachi, et al.) (Jan. 9, 1996) | D1339 | All |
| US 5,512,935 (Majeti, et al.) (Apr. 30, 1996) | D1340 | All |
| US 5,553,121 (Martin, et al.) (Sept. 3, 1996) | D1341 | All |
| US 5,629,980 (Stefik, et al.) (May 13, 1997) | D1342 | All |
| US 5,634,012 (Stefik, et al.) (May 27, 1997) | D1343 | All |
| US 5,636,292 (Rhoads) (June 3, 1997) | D1344 | All |
| US 5,638,443 (Stefik, et al.) (June 10, 1997) | D1345 | All |
| US 5,704,350 (Williams) (Jan. 6, 1998) | D1346 | All |
| US 5,715,403 (Stefik) (Feb. 3, 1998) | D1347 | All |
| US 5,737,025 (Dougherty, et al.) (Apr. 7, 1998) | D1348 | All |
| US 5,749,072 (Mazurkiewicz, et al.) (May 5, 1998) | D1349 | All |
| US 5,809,160 (Powell, et al.) (Sept. 15, 1998) | D1350 | All |
| US 5,833,432 (Fujii, et al.) (Nov. 10, 1998) | D1351 | All |
| US 5,841,886 (Rhoads) (Dec. 4, 1996) | D1352 | All |
| US 5,841,978 (Rhoads) (Nov. 24, 1998) | D1353 | All |
| US 5,850,249 (Massetti, et al.) (Dec. 15, 1998) | D1354 | All |
| US 5,850,481 (Rhoads) (Dec. 15, 1998) | D1355 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| US 5,862,260 (Rhoads) (Jan. 19, 1999) | D1356 | All |
| US 5,889,868 (Moskwitz, et al.) (Mar. 30, 1999) | D1357 | All |
| US 5,892,900 (Ginter, et al.) (Apr. 6, 1999) | D1358 | All |
| US 5,924,069 (Kowalkowski, et al.) (July 13, 1999) | D1359 | All |
| US 5,937,000 (Lee, et al.) (Aug. 10, 1999) | D1360 | All |
| US 5,940,135 (Petrovic, et al.) (Aug. 17, 1999) | D1361 | All |
| US 5,940,429 (Lam, et al.) (Aug. 17, 1999) | D1362 | All |
| US 5,945,932 (Smith et al.) (Aug. 31, 1999) | D1363 | All |
| US 5,963,909 (Warren, et al.) (Oct. 5, 1999) | D1364 | All |
| US 6,081,782 (Rabin) (June 27, 2000) | D1365 | All |
| US Prov. App. 60/240,185 (Pledger, et al.) (Jan. 13, 2000) | D1366 | All |
| US 6,167,255 (Kennedy, et al.) (Dec. 26, 2000) | D1367 | All |
| US 6,219,560 (Erkkilä, et al.) (Apr. 17, 2001) | D1368 | All |
| US 6,324,512 (Junqua, et al.) (Nov. 27, 2001) | D1369 | All |
| US 6,466,654 (Cooper, et al.) (Oct. 15, 2002) | D1370 | All |
| WO 92/04801 (Young, et al.) (Mar. 19, 1992) | D1371 | All |
| WO 98/53565 (Petrovic, et al.) (Nov. 26, 1998) | D1372 | All |
| WO 99/39344 (Winograd, et al.) (Aug. 5, 1999) | D1373 | All |
| McCallum, *The Author-Recipient-Topic Model for Topic and Role Discovery in Social Networks, with Application to Enron and Academic Email* (2005) | D1374 | All |
| A lady shows off an Internet refrigerator at the World PC Expo 98, available at https://www.gettyimages.com/detail/news-photo/lady-shows-off-an-internet-refrigerator-at-the-world-pc-news-photo/51406796 (Oct. 1, 1998) | D1377 | All |
| America Online to Acquire Moviefone, Inc.,Nation's #1 Movie Listing and TicketingCompany, available at https://www.warnermediagroup.com/newsroom/press-releases/1999/02/01/america-online-to-acquire-moviefone-inc-nation-s-1-movie-listing (Feb. 1, 1999) | D1378 | All |
| Walker, et al., *Automatically Training a Problematic Dialogue Predictorfor a Spoken Dialogue System*, Journal of Arti cial Intelligence Research 16 (2002) 293-319 Submitted 11/01; published 5/2002 | D1379 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Litman, et al., *Evaluating Response Strategies in a Web-Based Spoken Dialogue Agent* (May 2002) | D1380 | All |
| Colthurst, et al., *The 2000 BBN Byblos LVCSR System* (November 2000) | D1381 | All |
| Stallard, et al., *The GTNPhone Dialog System* (1998) | D1382 | All |
| Makhoul, John, *Speech Processing at BBN*, IEEE Annals of the History of Computing (2006) | D1383 | All |
| Electrolux shows Net fridge, available at https://www.pcworld.idg.com.au/article/print/68769/electrolux_shows_net_fridge/ (Feb. 16, 1999) | D1384 | All |
| OnStar Service Issues, Tech Link, A Monthly Publication for GM Dealership Services Professionals, Vol. 3, No. 5 (May 2001) | D1385 | All |
| Murveit, et al., *Performance of Sri's Decipher TM Speech Recognition System On DARPA's CSR Task* (1992) | D1386 | All |
| Success Story: HP iCOD keeps lines open for Syntellect Interactive Services (2001) | D1387 | All |
| Dahl, et al., *Commercialization of Natural Language Processing Technology* (2000) | D1388 | All |
| Levin, et al., *The AT&T-DARPA Communicator Mixed-Initiative Spoken Dialog System* (2000) | D1389 | All |
| SLS - Research Initiatives - Technologies, GALAXY, available at https://web.archive.org/web/20060914201147/https://groups.csail.mit.edu/sls/technologies/galaxy.shtml (Sept. 14, 2006) | D1390 | All |
| Goddeau, et al., *Galaxy: A Human-Language Interface to On-Line Travel Information*, 3rd International Conference on Spoken Language Processing (ICSLP 94) Yokohama, Japan September 18-22, 1994 | D1391 | All |
| Nuance - Dragon NaturallySpeaking 8 SDK, available at https://web.archive.org/web/20051031043420/http://www.nuance.com/naturallyspeaking/sdk/ (Oct. 31, 2005) | D1392 | All |
| Nuance Order Management Suite Web Page, available at at https://web.archive.org/web/20010805160205/http:/nuance.com/products/ordermgmtsuite.html (2001) | D1393 | All |
| Schwartz, et al., *The BBN BYBLOS Continuous Speech Recognition System* (1989) | D1394 | All |
| Wolf, et al., *The HWIM Speech Understanding System* (1997) | D1395 | All |
| *Rough 'N' Ready: A Meeting Recorder and Browser*, AFRL-IF-RS-TR-2002-237, Final Technical Report, September 2002 | D1396 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Multilingual browsers make Web worldly, available at https://www.cnet.com/news/multilingual-browsers-make-web-worldly/ (May 1, 1996) | D1397 | All |
| Stallard, et al., *Talk'n'travel: A Conversational System for Air Travel Planning* (May 2002) | D1398 | All |
| Moore, et al., *Combining Linguistic and Statistical Knowledge Sources in Natural-Language Processing for ATIS* (March 1996) | D1399 | All |
| SRI International Speech Technology and Research (STAR) Laboratory Announces Speech-Enabled Web Access, https://web.archive.org/web/20010303092259/http://www.speech.sri.com/demos/announcement.html (June 27, 1996) | D1400 | All |
| Julia, et al., HTTP://WWW.SPEECH.SRI.COM/DEMOS/ATIS.HTML (1997) | D1401 | All |
| Bratt, et al., *The SRI Telephone-based ATIS System* (1995) | D1402 | All |
| Texas Instruments Collection: Speak & Spell Learning Aid, available at http://smithsonianchips.si.edu/texas/t_074.htm (1978) | D1403 | All |
| Dahl, et al., *NL Assistant: A Toolkit for Developing Natural Language Applications* (January 1997) | D1404 | All |
| Glass, et al., *Real-Time Telephone-Based Speech Recognition in The Jupiter Domain* (1999) | D1405 | All |
| Glass, et al., *Telephone-Based Conversational Speech Recognition in The Jupiter Domain* (1999) | D1406 | All |
| Lau, et al., *WebGALAXY – Integrating Spoken Language and Hypertext Navigation* (1998) | D1407 | All |
| Lau, et al., WebGALAXY: beyond point and click - a conversational interface to a browser (1997) | D1408 | All |
| Meng, et al., *Wheels: A Conversational System in The Automobile Classifieds Domain* (1996) | D1409 | All |
| Polifroni, et al., Evaluation Methodology for a Telephone-Based Conversational System (1998) | D1410 | All |
| Seneff, et al., A New Restaurant Guide Conversational System: Issues In Rapid Prototyping For Specialized Domains (1996) | D1411 | All |
| Seneff, et al., Multimodal Discourse Modelling in A Multi-User Multi-Domain Environment (1996) | D1412 | All |
| Seneff, et al., Organization, Communication, and Control in The Galaxy-II Conversational System (1999) | D1413 | All |
| Zue, et al., From Interface to Content: Translingual Access and Delivery of On-Line Information (1997) | D1414 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| Zue, et al., JUPITER: A Telephone-Based Conversational Interface For Weather Information (January 2000) | D1415 | All |
| Internet Archive authenticating affidavit and exhibits for TellMe (Affidavit of Duncan Hall) (Jan. 20, 2021) | D1416 | All |
| Internet Archive authenticating affidavit and exhibits for Nuance (Affidavit of Duncan Hall) (Dec. 7, 2020) | D1418 | All |
| Nuance Customer Support Suite - Enabling customer self service with natural language speech recognition, Nuance Communications Inc. (2000) | D1419 | All |
| Internet Archive - AT&TWirelessAudio.mp3 (Feb. 12, 2004) | D1420 | All |
| Internet Archive - etradeAudio.mp3 (Feb. 12, 2004) | D1421 | All |
| Internet Archive - FandangoAudio.mp3 (Feb. 12, 2004) | D1422 | All |
| Internet Archive - MerrilLynchAudio.mp3 (Internet Archive) (Feb. 12, 2004) | D1423 | All |
| Internet Archive - orbitzAudio.mp3 (Feb. 12, 2004) | D1424 | All |
| Parikh, H., Retaining Subscribers with Sticky Services, Tellme (Internet Archive) (Feb. 12, 2004) | D1425 | All |
| Lew, J., Consolidating Web & Phone Infrastructure, Tellme (Internet Archive) (Feb. 12, 2004) | D1426 | All |
| Luong, D., Outsourcing IVR Headaches, Tellme (Internet Archive) (Feb. 12, 2004) | D1427 | All |
| Haakenson, E., Managing Applications On-The-Fly, Tellme (Internet Archive) (Feb. 12, 2004) | D1428 | All |
| Klee, M., Personalizing Acces to Information, Tellme (Internet Archive) (Feb. 12, 2004) | D1430 | All |
| U.S. Patent Application No. 09/466236 (Dec. 17, 1999) | D1457 | All |
| Chapter 1: Watch Lists - User Interface Specification, Version 1.4  - ITT SpeechWorks/National Financial DRAFT | D1499 | All |
| SpeechWorks - MINT Baseline User Interface Specification DRAFT v. 1.6 (June 14, 1999) | D1500 | All |
| Chapter 1: Orders DRAFT | D1501 | All |
| m34.121 [log of responses to voice input] | D1502 | All |
| Chapter 1: Main Menu DRAFT | D1503 | All |
| 1.1 | Option Orders  - User Interface Specification, Version 1.4 DRAFT (Nov. 16, 2000) | D1504 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| DMofTypeX [diagrams/flowcharts] | D1505 | All |
| 1.1 Option Quotes - User Interface Specification, Version 1.4 - ITT SpeechWorks/National Financial DRAFT (Sept. 14, 2000) | D1506 | All |
| Chapter 1: Account Information Menu DRAFT | D1507 | All |
| MM: = Main Menu [diagram] | D1508 | All |
| Chapter 1: Login - User Interface Specification, Version 3.0 - ITT SpeechWorks/National Financial DRAFT (Apr. 28, 1999) | D1509 | All |
| Chapter 1: Recording Lists DRAFT | D1510 | All |
| 1.1 Mutual Fund Orders - User Interface Specification, Version 1.4 - ITT SpeechWorks/National Financial DRAFT (Oct. 31, 2000) | D1511 | All |
| Chapter 1: Quotes - 1.1 - Stock Quotes - User Interface Specification, Version 1.4 - ITT SpeechWorks/National Financial DRAFT (Sept. 9, 2000) | D1512 | All |
| Flowchart: Change Travel Details - UAL CBT Change Travel Details 2003-12-27.vsd (Dec. 27, 2003) | D1513 | All |
| Flowchart: Collect Passenger Info - UAL CB&T Passenger Info Call Flow 2004-01-28.vsd (Jan. 28, 2004) | D1514 | All |
| United Airlines - Customer Book and Ticket E-mail Address Collection - User Interface Specification - Last Saved: 1/17/2005 4:18:00 PM - UAL CBT email collection UI spec 2004-02-02, v. 1.1 DRAFT (Jan. 17, 2005) | D1515 | All |
| United Airlines - Customer Book and Ticket Collect Name - User Interface Specification - Last Saved: 9/23/2004 11:18:00 AM - OSDM ScanSoft / Ual  DRAFT (Sept. 23, 2004) | D1516 | All |
| Mileage Plus Segmentation - Middletier Design Phase 1 DRAFT | D1517 | All |
| 1.1 Address Call Flow - OSDM ScanSoft/UAL CB&T Address Call Flow 2004-01-26.doc DRAFT (Jan. 26, 2004) | D1518 | All |
| 1.1 Name High-Level Call Flow Diagram - ScanSoft/UAL - CB&T Name Call Flow 2004-01-26.doc (Jan. 26, 2004) | D1519 | All |
| United Airlines - Customer Book and Ticket Seating - User Interface Specification - Last Saved: 11/23/2004 12:23:00 PM - ScanSoft/UAL - User Interface Specification 1.3 DRAFT (Nov. 23, 2004) | D1520 | All |
| Flowchart: Seating - UAL CB&T Call Flow 2004-01-19.vsd  (Jan. 19, 2004) | D1521 | All |
| Flowchart: Payment Collection - UAL CBT Payment Collectin Call Flow 2004-02-23.vsd (Feb. 23, 2004) | D1522 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| United Airlines - Customer Book and Ticket Address DialogModule - User Interface Specification - Last Saved: 3/3/2004 12:18:00 PM - ScanSoft/UAL - User Interface Specification 1.0 DRAFT (Mar. 3, 2004) | D1523 | All |
| Flowcharts: Existing Reservation - Identify PNR - UAL CB&T Reservations Call Flow 2003-01-26.vsd; Existing Reservation - Menus - UAL CB&T Sreservations Call Flow 2003-01-26.vsd (Jan. 26, 2003) | D1524 | All |
| Flowchart: Start Over - UAL CBT Start Over Call Flow 2004-01-07.vsd (Jan. 7, 2004) | D1525 | All |
| United Airlines - Customer Book and Ticket Start Over - User Interface Specification - Last Saved: 6/21/2004 12:36:00 PM - ScanSoft/UAL - User Interface Specification 1.9 DRAFT (June 21, 2004) | D1526 | All |
| United Airlines - Customer Book and Ticket Collect Passenger Information - User Interface Specification - Last Saved: 2/18/2005 3:25:00 PM - ScanSoft/UAL - User Interface Specification 1.13 DRAFT (Feb. 18, 2005) | D1527 | All |
| United Airlines - Customer Book and Ticket Itinerary Collection - User Interface Specification - Last Saved: 1/31/2005 11:47:00 AM - ScanSoft - User Interface Specification 1.6 DRAFT (Jan. 31, 2005) | D1528 | All |
| Nuance Internet Archive web crawl (2001) | D1530 | All |
| Comcast Cable Communications, LLC v. Promptu Systems Corporation, Proceeding CBM2018-00034; Patent No. RE44,326 (Apr. 2, 2018) | D1531 | All |
| Comcast Cable Communications, LLC v. Promptu Systems Corporation, Proceeding CBM2018-00034; Patent No. RE44,326 - Paper 31 - Judgment (Oct. 7, 2018) | D1532 | All |
| Comcast Cable Communications, LLC v. Promptu Systems Corporation, Proceeding IPR2018-00342, Patent No. RE44,326 - 1 of 2 (Dec. 19, 2017) | D1533 | All |
| Comcast Cable Communications, LLC v. Promptu Systems Corporation, Proceeding IPR2018-00342, Patent No. RE44,326 - 2 of 2 (Dec. 19, 2017) | D1534 | All |
| U.S. Reissued Patent No. RE44,326 E - Calderone et al. (June 25, 2013) | D1535 | All |
| Air Travel Information System Demonstration, Nuance Communications (1996) | D1536 | All |

| Description | Tr. Ex. | Pages |
|---|---|---|
| SRI, Air Travel Information System Demonstration, available at https://web.archive.org/web/19981202031526/http://www.speech.sri.com/DEMOS/ATIS.HTML (Dec. 2, 1998) | D1537 | All |
| SRI, Air Travel Information Service (ATIS), available at https://web.archive.org/web/19970516140715/http://www.ai.sri.com/natural-language/projects/arpa-sls/atis.html (May 16, 1997) | D1538 | All |
| Science Elf video: "What was the Microsoft MiPad?" (June 30, 2018) | D1549 | All |
| Third party MIT's December 23, 2020 native production of documents, videos and open source code pursuant to Amazon subpoena | D1555 | All |

## II.  PERSONS DEFENDANTS MAY RELY UPON AS THE PRIOR INVENTOR, AS HAVING PRIOR KNOWLEDGE OF, OR AS HAVING PREVIOUSLY USED OR OFFERED FOR SALE THE ALLEGED INVENTIONS CLAIMED IN THE PATENTS-IN-SUIT

In addition to the prior written notice already provided, including in the parties' trial witness lists, Defendants identify the inventors and authors of the patents-in-suit and the references cited above, as well as individuals identified in Defendants' prior written disclosures as persons that may be relied upon as the prior inventor, as having prior knowledge of, or as having previously used or offered for sale the alleged inventions claimed in the patents-in-suit.

May 14, 2021

By: /s/ Eric B. Young
Barry K. Shelton (TX Bar #24055029)
Bradley D. Coburn (TX Bar #24036377)
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

J. David Hadden, CSB No. 176148
Saina S. Shamilov, CSB No. 215636
Ravi R. Ranganath, CSB No. 272981
Allen Wang, CSB No. 278953
Vigen Salmastlian, CSB No. 276846

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
allen.wang@fenwick.com
dhadden@fenwick.com
sshamilov@fenwick.com
rranganath@fenwick.com
vsalmastlian@fenwick.com

Todd R. Gregorian, CSB No. 236096
Eric B. Young, CSB No. 318754
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94041
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
tgregorian@fenwick.com
eyoung@fenwick.com

Deron R Dacus, CSB 790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: 903-705-1117
Facsimile: 903-581-2543
ddacus@dacusfirm.com

*Attorneys for Defendants* AMAZON.COM,
INC., AMAZON.COM SERVICES, LLC,
PRIME NOW LLC, AND WHOLE FOODS
MARKET SERVICES, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2021, all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail.

*/s/ Eric B. Young*
Eric B. Young