IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FRESHUB, INC., FRESHUB, LTD.,<br>  *Plaintiffs*<br><br>-vs-<br><br>AMAZON.COM INC., PRIME NOW, LLC,<br>WHOLE FOODS MARKET INC., WHOLE<br>FOODS MARKET SERVICES, INC.,<br>AMAZON.COM SERVICES LLC,<br>  *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§       **1-19-CV-00885-ADA** |

### ORDER GRANTING MOTION TO TRANSFER

Before the Court is Plaintiff Freshub, Inc. and Freshub Ltd.'s ("Freshub") Motion for Intra-District Retransfer of Venue to the Waco Division under 28 U.S.C. 1404(a). ECF No. 194. Defendants do not oppose to the transfer. ECF No. 203. The Court finds that Plaintiff's Motion should be **GRANTED** and herby orders that this case be **TRANSFERRED** back to the Waco Division.

SIGNED this 19th day of May, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE